UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KEITH BELL<br>　　　*Plaintiff,* | §<br>§<br>§ | |
| V. | § | CIVIL NO. 6:19-CV-00265-ADA |
| | § | |
| LLANO INDEPENDENT SCHOOL<br>DISTRICT and AARON NUCKLES<br>　　　*Defendant.* | §<br>§<br>§<br>§ | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

NOW COMES Defendant Aaron Nuckles and Plaintiff Keith Bell and file this Joint Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on behalf of the parties:

1. Plaintiff is Dr. Keith F. Bell ("Plaintiff") and Defendant is Aaron Nuckles ("Defendant").

2. This action was commenced by Plaintiff against Defendant on April 16, 2019, in the United States District Court for the Western District of Texas. Plaintiff asserted claims against Defendant for violations of copyright and trademark law for alleged infringement.

3. Plaintiff and Defendant move to dismiss this suit, and all claims asserted therein, with prejudice of refiling, by agreement of the parties. The parties agree to each bear their own costs of court.

4. This dismissal is with prejudice to the refiling of same.

Respectfully submitted,

by: _____
Jennifer A. Powell
Texas Bar No. 00783554
Eric E. Muñoz
Texas Bar No. 24056021
Carol Simpson
Texas Bar No. 24061293
Eichelbaum Wardell
Hansen Powell & Muñoz, PC
4201 W. Parmer Lane, Suite A100
Austin, Texas  78727
(512) 476-9944
jpowell@edlaw.com
emunoz@edlaw.com
csimpson@edlaw.com
*Counsel for Defendant Aaron Nuckles*

by: /Adam D. Mandell/
_____
Adam D. Mandall
Texas Bar No. 24082387
Millen, White, Zelano & Branigan, P.C.
2200 Clarendon Blvd., Ste 1400
Arlington, Virginia 22201
(512) 327-2260
mandell@mwzb.com
*Counsel for Plaintiff Keith Bell*